Saeed Kaid #78600.054
Name and Prisoner/Booking Number

Fairton Federal Correctional Institution
Place of Confinement

P.O. BOX 420
Mailing Address

Fairton, N.J. 08320
City, State, Zip Code

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTHERN NEW YORK

SAEED KAID
                                    ) CASE NO. _____
            Plaintiff,              )
                                    )
        vs.                         )           APPLICATION TO PROCEED
                                    )           IN FORMA PAUPERIS
E.L. TATUM, JR. et. al              )           BY A PRISONER
            Defendant(s).           )           CIVIL (NON-HABEAS)
                                    )

I, Saeed Kaid _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?
   ☑Yes   ☐No   If "Yes," how many have you filed? ___2___
   Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?   ☐Yes   ☑No   If "Yes," how many of them? _____

2. Are you currently employed at the institution where you are confined?   ☐Yes   ☑No
   If "Yes," state the amount of your pay and where you work. _____
   _____

3. Do you receive any other payments from the institution where you are confined?   ☐Yes   ☑No
   If "Yes," state the source and amount of the payments. _____
   _____
   _____

Revised 4/9/06

1

4. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?   ☑Yes   ☐No

If "Yes," state the sources and amounts of the income, savings, or assets. *family members send me funds from time to time*

I declare under penalty of perjury that the above information is true and correct.

_3-24-2020_   *Saeed Kaid*
DATE   SIGNATURE OF APPLICANT

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, *Saeed Kaid*, hereby consent to having the designated correctional officials at this institution release to the Court my trust account information. I further consent to having the designated correctional officials at this institution withdraw from my trust account the funds required to comply with the order of this Court for the payment of filing fees in accordance with 28 U.S.C. § 1915(b).

My consent includes withdrawal from my account by correctional officials of partial initial payments to this Court equal to 20% of the greater of:

(A) the average monthly deposits to my account for the six-month period preceding my filing of this action, or

(B) the average monthly balance in my account for the six-month period preceding my filing of this action.

My consent also includes monthly withdrawals from my account by correctional officials of an amount equal to 20% of each month's income. Whenever the amount in my account reaches $10.00, correctional officials will withdraw that amount and forward it to the Court until the required filing fee is paid in full. I understand that I am liable for paying the entire fee, even if my case is dismissed by the Court before the fee is fully paid.

_3-24-2020_   *Saeed Kaid*
DATE   SIGNATURE OF APPLICANT

## CERTIFICATE OF CORRECTIONAL OFFICIAL
## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _____, certify that as of the date applicant signed this application:
(Printed name of official)

The applicant's trust account balance at this institution is:   $_____
The applicant's average monthly deposits during the prior six months is:   $_____
The applicant's average monthly balance during the prior six months is:   $_____
The attached certified account statement accurately reflects the status of the applicant's account.

DATE   AUTHORIZED SIGNATURE   TITLE/ID NUMBER   INSTITUTION

Date: 04/23/2020
Time: 10:36:33 AM

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: FAI

**Criteria:** Search Criteria Results

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | Transaction Type | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/22/2020 09:10:58 AM | 78600054 | KAID, SAEED | FAI | TF19606 | Sales - No FP (Non-FP Session) | ($33.15) | 35 | | | $14.85 |
| 04/21/2020 07:37:48 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0421 | | | $48.00 |
| 04/17/2020 05:04:41 PM | 78600054 | KAID, SAEED | FAI | amservic | Western Union | $50.00 | 33320108 | | | $50.00 |
| 04/15/2020 08:22:12 AM | 78600054 | KAID, SAEED | FAI | TF16955 | Sales - No FP (Non-FP Session) | ($4.85) | 43 | | | $0.00 |
| 04/08/2020 07:58:23 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($3.00) | TFN0408 | | | $4.85 |
| 04/08/2020 09:11:38 AM | 78600054 | KAID, SAEED | FAI | TF16955 | Sales - No FP (Non-FP Session) | ($20.50) | 65 | | | $7.85 |
| 04/07/2020 09:03:55 PM | 78600054 | KAID, SAEED | FAI | amservic | Western Union | $25.00 | 33320098 | | | $28.35 |
| 04/06/2020 01:32:10 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($2.00) | TFN0406 | | | $3.35 |
| 04/03/2020 08:14:46 AM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($3.00) | TFN0403 | | | $5.35 |
| 04/02/2020 09:30:51 AM | 78600054 | KAID, SAEED | FAI | TF17096 | Sales - No FP (Non-FP Session) | ($35.70) | 105 | | | $8.35 |
| 03/31/2020 09:04:53 PM | 78600054 | KAID, SAEED | FAI | amservic | Western Union | $25.00 | 33320091 | | | $44.05 |
| 03/31/2020 03:30:32 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($3.00) | TFN0331 | | | $19.05 |
| 03/31/2020 02:27:53 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($2.00) | TFN0331 | | | $22.05 |
| 03/30/2020 05:47:24 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($3.00) | TFN0330 | | | $24.05 |
| 03/30/2020 02:17:12 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($2.00) | TFN0330 | | | $27.05 |
| 03/29/2020 07:44:06 AM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($3.00) | TFN0329 | | | $29.05 |

Date: 04/23/2020
Time: 10:36:33 AM

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: FAI

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | Transaction Type | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/27/2020 12:27:48 PM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | $1.55 | TL0327 | | | $32.05 |
| 03/26/2020 08:48:46 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($4.00) | TFN0326 | | | $30.50 |
| 03/26/2020 09:32:44 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0326 | | | $34.50 |
| 03/24/2020 07:59:51 PM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | $1.30 | TL0324 | | | $36.50 |
| 03/24/2020 06:19:53 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0324 | | | $35.20 |
| 03/23/2020 06:59:44 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($6.00) | TFN0323 | | | $37.20 |
| 03/23/2020 01:21:43 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($3.00) | TFN0323 | | | $43.20 |
| 03/23/2020 11:32:44 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0323 | | | $46.20 |
| 03/23/2020 07:03:44 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0323 | | | $48.20 |
| 03/22/2020 09:04:34 PM | 78600054 | KAID, SAEED | FAI | amservic | Western Union | $50.00 | 33320082 | | | $50.20 |
| 03/21/2020 01:59:12 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($1.00) | TFN0321 | | | $0.20 |
| 03/19/2020 12:02:43 PM | 78600054 | KAID, SAEED | FAI | TF17096 | Sales - No FP (Inmate Exempt) | ($39.75) | 74 | | | $1.20 |
| 03/19/2020 06:46:58 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0319 | | | $40.95 |
| 03/18/2020 08:20:23 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0318 | | | $42.95 |
| 03/15/2020 08:48:27 PM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0315 | | | $44.95 |
| 03/15/2020 06:05:10 PM | 78600054 | KAID, SAEED | FAI | amservic | Western Union | $45.00 | 33320075 | | | $46.95 |
| 03/14/2020 08:25:06 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0314 | | | $1.95 |
| 03/12/2020 11:43:57 AM | 78600054 | KAID, SAEED | FAI | TF17066 | Sales - No FP (Inmate Exempt) | ($30.00) | 48 | | | $3.95 |

Case 1:20-cv-03643-JLR-SLC   Document 1   Filed 05/11/20   Page 4 of 9

Date: 04/23/2020
Time: 10:36:33 AM

# Federal Bureau of Prisons
## TRUFACS
### View Inmate Transactions
Sensitive But Unclassified

Facility: FAI

Filed 05/11/20    Document 1    Case 1:20-cv-03643-JLR-SLC

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | Transaction Type | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/12/2020 11:42:10 AM | 78600054 | KAID, SAEED | FAI | TF17066 | Sales - No FP (Inmate Exempt) | $1.30 | 46 | | | $33.95 |
| 03/12/2020 11:40:54 AM | 78600054 | KAID, SAEED | FAI | TF17066 | Sales - No FP (Inmate Exempt) | $9.90 | 45 | | | $32.65 |
| 03/12/2020 11:37:05 AM | 78600054 | KAID, SAEED | FAI | TF17066 | Sales - No FP (Inmate Exempt) | ($21.25) | 43 | | | $22.75 |
| 03/11/2020 08:45:08 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0311 | | | $44.00 |
| 03/11/2020 07:35:10 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0311 | | | $46.00 |
| 03/10/2020 11:00:19 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0310 | | | $48.00 |
| 03/10/2020 09:03:42 AM | 78600054 | KAID, SAEED | FAI | amservic | Western Union | $50.00 | 33320070 | | | $50.00 |
| 03/08/2020 03:09:23 PM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0308 | | | $0.00 |
| 03/07/2020 11:28:46 AM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($2.00) | TFN0307 | | | $2.00 |
| 03/07/2020 11:23:45 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0307 | | | $4.00 |
| 03/06/2020 08:36:23 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($2.00) | TFN0306 | | | $6.00 |
| 03/06/2020 11:11:25 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0306 | | | $8.00 |
| 03/05/2020 05:20:18 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($4.00) | TFN0305 | | | $10.00 |
| 03/05/2020 09:45:38 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0305 | | | $14.00 |
| 03/05/2020 07:29:03 AM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($3.00) | TFN0305 | | | $16.00 |
| 03/05/2020 07:10:43 AM | 78600054 | KAID, SAEED | FAI | TF16955 | Sales - No FP (Inmate Exempt) | ($26.10) | 27 | | | $19.00 |
| 03/04/2020 08:04:54 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($3.00) | TFN0304 | | | $45.10 |
| 03/04/2020 08:50:10 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0304 | | | $48.10 |

Workstation ID: FAI-WX-3VMLPX2

User ID: TF17118

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | Transaction Type | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/03/2020 05:05:04 PM | 78600054 | KAID, SAEED | FAI | amservic | Western Union | $50.00 | 33320063 | | | $50.10 |
| 03/03/2020 12:56:07 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($3.00) | TFN0303 | | | $0.10 |
| 03/03/2020 10:04:18 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0303 | | | $3.10 |
| 03/03/2020 08:56:51 AM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($1.00) | TFN0303 | | | $5.10 |
| 03/02/2020 08:20:06 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($3.00) | TFN0302 | | | $6.10 |
| 03/02/2020 07:14:47 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0302 | | | $9.10 |
| 02/29/2020 09:21:47 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0229 | | | $11.10 |
| 02/28/2020 07:24:37 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0228 | | | $13.10 |
| 02/27/2020 10:30:40 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0227 | | | $15.10 |
| 02/27/2020 07:28:36 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0227 | | | $17.10 |
| 02/26/2020 07:25:41 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0226 | | | $19.10 |
| 02/25/2020 05:13:26 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($3.00) | TFN0225 | | | $21.10 |
| 02/25/2020 12:10:01 PM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0225 | | | $24.10 |
| 02/24/2020 10:27:03 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0224 | | | $26.10 |
| 02/24/2020 07:06:35 AM | 78600054 | KAID, SAEED | FAI | amservic | Western Union | $20.00 | 33320055 | | | $28.10 |
| 02/23/2020 11:31:58 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0223 | | | $8.10 |
| 02/21/2020 07:17:02 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($3.00) | TFN0221 | | | $10.10 |
| 02/21/2020 09:00:09 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0221 | | | $13.10 |

Workstation ID: FAI-WX-3VMLPX2   User ID: TF17118

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | Transaction Type | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/20/2020 03:14:35 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($3.00) | TFN0220 | | | $15.10 |
| 02/20/2020 12:16:21 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($3.00) | TFN0220 | | | $18.10 |
| 02/20/2020 08:23:43 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0220 | | | $21.10 |
| 02/19/2020 02:18:06 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($2.00) | TFN0219 | | | $23.10 |
| 02/18/2020 09:00:53 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($2.00) | TFN0218 | | | $25.10 |
| 02/18/2020 10:40:50 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0218 | | | $27.10 |
| 02/17/2020 08:43:11 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($5.00) | TFN0217 | | | $29.10 |
| 02/16/2020 08:00:14 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($5.00) | TFN0216 | | | $34.10 |
| 02/15/2020 02:22:31 PM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($5.00) | TL0215 | | | $39.10 |
| 02/13/2020 11:57:23 AM | 78600054 | KAID, SAEED | FAI | TF16955 | Sales - No FP (Inmate Exempt) | ($41.35) | 51 | | | $44.10 |
| 02/13/2020 07:05:24 AM | 78600054 | KAID, SAEED | FAI | amservic | Western Union | $50.00 | 33320044 | | | $85.45 |
| 02/11/2020 08:41:42 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($5.00) | TL0211 | | | $35.45 |
| 02/10/2020 02:55:59 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($5.00) | TFN0210 | | | $40.45 |
| 02/09/2020 02:24:36 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($5.00) | TFN0209 | | | $45.45 |
| 02/09/2020 02:15:48 PM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($5.00) | TL0209 | | | $50.45 |
| 02/09/2020 01:03:46 PM | 78600054 | KAID, SAEED | FAI | amservic | Western Union | $50.00 | 33320040 | | | $55.45 |
| 02/09/2020 10:08:20 AM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($5.00) | TL0209 | | | $5.45 |
| 02/09/2020 06:05:12 AM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | $9.00 | TFN0209 | | | $10.45 |

Case 1:20-cv-03643-JLR-SLC    Document 1    Filed 05/11/20    Page 7 of 9

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | Transaction Type | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/07/2020 02:53:05 PM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($2.00) | TL0207 | | | $1.45 |
| 02/06/2020 09:01:03 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($9.00) | TFN0206 | | | $3.45 |
| 02/06/2020 07:26:54 AM | 78600054 | KAID, SAEED | FAI | TF17138 | Sales - No FP (Inmate Exempt) | ($97.75) | 20 | | | $12.45 |
| 02/05/2020 04:58:58 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($9.00) | TFN0205 | | | $110.20 |
| 02/05/2020 10:03:50 AM | 78600054 | KAID, SAEED | FAI | amservic | Western Union | $100.00 | 33320036 | | | $119.20 |
| 02/03/2020 07:19:11 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($10.00) | TFN0203 | | | $19.20 |
| 02/02/2020 05:10:40 PM | 78600054 | KAID, SAEED | FAI | TFXTL | TRUL Withdrawal | ($5.00) | TL0202 | | | $29.20 |
| 01/23/2020 08:32:39 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($10.00) | TFN0123 | | | $34.20 |
| 01/19/2020 08:15:57 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($10.00) | TFN0119 | | | $44.20 |
| 01/16/2020 12:15:54 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($10.00) | TFN0116 | | | $54.20 |
| 01/12/2020 07:34:22 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($10.00) | TFN0112 | | | $64.20 |
| 01/09/2020 07:48:08 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($10.00) | TFN0109 | | | $74.20 |
| 01/06/2020 12:37:29 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($10.00) | TFN0106 | | | $84.20 |
| 01/04/2020 03:22:43 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($10.00) | TFN0104 | | | $94.20 |
| 01/03/2020 06:04:52 PM | 78600054 | KAID, SAEED | FAI | amservic | Western Union | $100.00 | 33320003 | | | $104.20 |
| 12/30/2019 07:16:07 AM | 78600054 | KAID, SAEED | FAI | TF17066 | Sales - No FP (Inmate Exempt) | ($27.25) | 37 | | | $4.20 |
| 12/28/2019 07:57:24 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($10.00) | TFN1228 | | | $31.45 |
| 12/25/2019 06:48:33 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($10.00) | TFN1225 | | | $41.45 |

Case 1:20-cv-03643-JLR-SLC   Document 1   Filed 05/11/20

Date: 04/23/2020
Time: 10:36:33 AM

# Federal Bureau of Prisons
## TRUFACS
## **View Inmate Transactions**
Sensitive But Unclassified

Facility: FAI

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | Transaction Type | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/2019 07:17:08 AM | 78600054 | KAID, SAEED | FAI | TF17096 | Sales - No FP (Inmate Exempt) | ($44.80) | 20 | | | $51.45 |
| 12/21/2019 08:28:39 PM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($10.00) | TFN1221 | | | $96.25 |
| 12/17/2019 02:04:20 PM | 78600054 | KAID, SAEED | FAI | amservic | Western Union | $100.00 | 33319351 | | | $106.25 |
| 12/17/2019 11:03:00 AM | 78600054 | KAID, SAEED | FAI | TP PHON | Phone Withdrawal | ($10.00) | TFN1217 | | | $6.25 |
| 12/17/2019 03:15:09 AM | 78600054 | KAID, SAEED | FAI | Sentry | Transfer - In from TRUFACS | $16.25 | TX121719 | | | $16.25 |
| 12/17/2019 03:15:08 AM | 78600054 | KAID, SAEED | LEW | Sentry | Transfer - Out to TRUFACS | ($16.25) | TX121719 | | | $0.00 |
| 12/17/2019 03:15:08 AM | 78600054 | KAID, SAEED | LEW | Sentry | Phone Withdrawal | $0.85 | TFN1217 | | | $16.25 |
| 12/04/2019 06:25:33 PM | 78600054 | KAID, SAEED | LEW | TP PHON | Phone Withdrawal | ($4.00) | TFN1204 | | | $15.40 |
| 11/24/2019 06:36:17 PM | 78600054 | KAID, SAEED | LEW | TFXTL | TRUL Withdrawal | ($5.00) | TL1124 | | | $19.40 |
| 11/18/2019 12:13:12 PM | 78600054 | KAID, SAEED | LEW | TF51880 | Sales - No FP (Non-FP Session) | ($3.95) | 13 | | | $24.40 |
| 10/21/2019 12:08:36 PM | 78600054 | KAID, SAEED | LEW | TF46754 | Sales - No FP (Non-FP Session) | ($6.80) | 27 | | | $28.35 |
| 10/19/2019 03:15:59 AM | 78600054 | KAID, SAEED | LEW | Sentry | Transfer - In from TRUFACS | $35.15 | TX101919 | | | $35.15 |
| 10/19/2019 03:15:58 AM | 78600054 | KAID, SAEED | SCH | Sentry | Transfer - Out to TRUFACS | ($35.15) | TX101919 | | | $0.00 |
| 10/19/2019 03:15:58 AM | 78600054 | KAID, SAEED | SCH | Sentry | Phone Withdrawal | $0.37 | TFN1019 | | | $35.15 |
| 10/09/2019 08:36:08 AM | 78600054 | KAID, SAEED | SCH | TF20030 | Sales - No FP (Non-FP Session) | ($1.60) | 60 | | | $34.78 |

**Total Number Transactions: 121**