UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/14/2021

| | |
|---|---|
| SAEED KAID,<br><br>Plaintiff,<br><br>-against-<br><br>E.L. TATUM, JR., WARDEN; MR. MCBAIN, R & D UNIT MANAGER; ROSA PROTO, 9 & 11 NORTH UNIT MANAGER; E. WALKES, 9 & 11 NORTH UNIT COUNSELOR; S. ESPINET, 9 & 11 NORTH UNIT COUNSELOR; F. OLIVERES, 9 NORTH CASE MANAGER; Z. GARDNER, 9 & 11 NORTH SECRETARY; S. GREGORY, HEALTH SERVICES ADMINISTRATOR; A. BUSSANICH, DOCTOR; S. MANDEEP, PHYSICIAN ASSISTANT-CERTIFIED; T. THOMAS, REGISTERED NURSE; K. ALRAHEEB, ASSISTANT WARDEN OF PROGRAMS; L. ANDERSON, DEPUTY OFFICER; S. ESGUERRA, CONTRACT RADIOLOGY TECHNICIAN; K. MASTERS, SHU OFFICER; T. DOCTOR, SPECIAL INVESTIGATIVE SERVICES; L. SHIVERS, DISCIPLINARY HEARING OFFICER; JOHN DOE, SHU LIEUTENANT; JOHN DOE, SHU OFFICER; AND MR. BANKS, DISCIPLINARY HEARING OFFICER,<br><br>Defendants. | 20-CV-3643 (ALC)<br><br>VALENTIN ORDER |

ANDREW L. CARTER, JR., United States District Judge:

On September 3, 2021, the United States Marshals Service filed process receipts indicating that Metropolitan Correctional Center ("MCC") declined to accept service on behalf of certain Defendants in this action—**E. Walkes, 9 & 11 North Unit Counselor; S. Espinet, 9 & 11 North Unit Counselor; Mr. McBain, R & D Unit Manager; T. Doctor, Special Investigative Services; F. Oliveres, 9 North Case Manager; S. Esguerra, Contract Radiology Technician; T. Thomas, Registered Nurse; S. Mandeep, Physician Assistant-**

**Certified; and Rosa Proto, 9 & 11 North Unit Manager**—who are employed by MCC as contractors. *See* ECF Nos. 22, 24-31.

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). Because the above-mentioned Defendants are employed by MCC as contractors, MCC shall provide residential addresses where each of these Defendants may be served. MCC must provide this information to the Court within thirty days of the date of this order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, as well as to the Staff Attorney's Office at MCC at: 150 Park Row, New York, New York 10007.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: September 14, 2021
New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge