UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  10/6/2021
```

**SAEED KAID**,

                    Plaintiff,

-against-

**WARDEN E.L. TATUM, JR. ET AL.**,

                    Defendants.

**20-CV-3643 (ALC)**

**ORDER OF SERVICE**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Defendants' status report dated September 15, 2021. ECF No. 33. The report informs the Court that Defendants have not yet ascertained the identity of "John Doe, SHU Officer" based on the allegations in the complaint and Plaintiff's failure to respond to their letter seeking further information. *Id.* The report further indicates that "BOP counsel has advised that all Federal Defendants have now authorized BOP counsel to accept service of the summons and Amended Complaint on their behalf." *Id.* Plaintiff filed a notice of change of address on September 15, 2021. ECF No. 34.

    Accordingly, the Court hereby **ORDERS** Defendants to mail a copy of their August 17, 2021 letter "asking for additional information to aid the BOP's efforts to identify 'John Doe, SHU Officer'" to Plaintiff at the address noted on the docket and at ECF No. 34. Plaintiff must respond to Defendants' request within two weeks of receipt of Defendants' letter. The Court also hereby **VACATES** its September 14, 2021 *Valentin* Order as to all Federal Defendants, except S. Esguerra, Contract Radiology Technician[1], and directs the U.S. Marshals Service to serve E.

---

[1] Defendants' letter dated September 15, 2021 states: "With the exception of defendant S. Esguerra, all defendants are federal defendants who we anticipate will seek representation by th[e] [U.S. Attorneys] Office." ECF No. 33.

Walkes, 9 & 11 North Unit Counselor; Mr. McBain, R & D Unit Manager; S. Espinet, 9 & 11 North Unit Counselor; T. Doctor, Special Investigative Services; F. Oliveres, 9 North Case Manager; T. Thomas, Registered Nurse; S. Mandeep, Physician Assistant-Certified; and Rosa Proto, 9 & 11 North Unit Manager, by delivering the summonses and Amended Complaint to the following address: Nicole McFarland, Esq. BOP Counsel, Metropolitan Detention Center-Brooklyn 80 29th Street, Brooklyn, NY 11232. The Clerk of Court is directed to issue summonses as to these Defendants, and the U.S. Marshals Service shall effect service on these Defendants as set forth in the Court's June 14, 2021 Order of Service to the above-mentioned address. The Court also **ORDERS** Defendants to file a copy of the *Valentin* Order, their status report, and this Order on Plaintiff and file proof of service no later than **October 8, 2021**.

**SO ORDERED.**

Dated:   Oct. 6, 2021
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge