USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __Nov. 5, 2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Saeed Kaid,

                        **Plaintiff,**

    -against-                                 20-CV-3643-ALC

Warden E. L. Tatum, Jr., et al.,              **ORDER**

                        **Defendants.**

**ANDREW L. CARTER, JR., United States District Judge:**

      Defendants are **ORDERED** to submit a status report on or before **November 19, 2021** to include, at a minimum, an update on identification of Defendant "John Doe, SHU Officer." Defendants are also directed to serve a copy of the instant order on Plaintiff at his last known address, *see* ECF No. 41, and file proof of service on ECF no later than **November 9, 2021**.

**SO ORDERED.**

**Dated**: Nov. 5, 2021
       New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**