UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SAEED KAID**,

                Plaintiff,

-against-

**WARDEN E.L. TATUM, JR. ET AL.**,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/29/2021

1:20-CV-3643 (ALC)

**ORDER OF SERVICE**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court directs the U.S. Marshals Service to serve E. L. Tatum, Jr., Warden; Z. Gardener, 9+11 North Secretary; S. Gregory, Health Services Administrator; A. Bussanich, Doctor; K. Alraheeb, Assistant Warden of Programs; L. Anderson, Deputy Officer; K. Masters, SHU Officer; L. Shivers, Disciplinary Hearing Officer; and Mr. Banks, Disciplinary Hearing Officer, by delivering the summonses and Amended Complaint to the following address: **Nicole McFarland, Esq. BOP Counsel, Metropolitan Detention Center-Brooklyn, 80 29th Street, Brooklyn, NY 11232**. The Clerk of Court is directed to issue summonses as to these Defendants, and the U.S. Marshals Service shall effect service on these Defendants as set forth in the Court's June 14, 2021 Order of Service to the above-mentioned address. The Clerk of Court is directed to mail a copy of this Order to Plaintiff and note service on the docket.

**SO ORDERED.**

Dated:   Dec. 29, 2021
          New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**