UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
SAEED KAID,

                               **Plaintiff,**

        -against-

WARDEN E.L. TATUM, JR., ET AL.,

                            **Defendants.**

------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/6/2022

1:20-CV-3643-ALC

**ORDER REGARDING REQUEST FOR EXTENSION TO ANSWER COMPLAINT**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the letter on behalf of federal defendants dated December 8, 2021 requesting, *inter alia*, that "the time for all federal defendants to respond to the amended complaint be extended until 60 days from when all federal defendants have been served or 60 days from when Plaintiff further amends his complaint, whichever is later." ECF No. 56 at 1. Upon review of the letter motion and to promote judicial efficiency, the request is **GRANTED IN PART** and **DENIED IN PART**. Accordingly, it is hereby **ORDERED** that the time for all federal defendants to answer, move or otherwise respond to the amended complaint be extended until 60 days from the date that all federal defendants are served.

**SO ORDERED.**

**Dated**: January 6, 2022
        New York, New York

                                                                                               _____
                                                              **The Hon. Andrew L. Carter, Jr.**
                                                                 **U.S. District Judge**