```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/19/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SAEED KAID**,

                Plaintiff,

-against-

**WARDEN E.L. TATUM, JR. ET AL.**,

                Defendants.

1:20-CV-3643 (ALC)

**ORDER OF SERVICE**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court directs the U.S. Marshals Service to serve Defendant S. Esguerra, Contract Radiology Technician, by delivering the summons and Amended Complaint to the following address: **Tracy S. Katz, Esq., Counsel for Ms. Sandra Esguerra, Furman Kornfeld & Brennan, LLP, 61 Broadway, 26th Floor, New York, NY 10006**. The Clerk of Court is directed to issue a summons as to this Defendant, and the U.S. Marshals Service shall effect service on this Defendant as set forth in the Court's June 14, 2021 Order of Service to the above-mentioned address. The Clerk of Court is directed to mail a copy of this Order to Plaintiff and note service on the docket.

**SO ORDERED.**

**Dated**:   1/19/2022
            New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**