UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAEED KAID,<br><br>                              Plaintiff,<br><br>-against-<br><br>WARDEN E.L. TATUM, JR., et al.,<br><br>                              Defendants. | Case No. 1:20-cv-03643<br>(JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    The Court is in receipt of a letter from Plaintiff, who is proceeding *pro se*, updating the Court as to his current address and requesting recent filings (ECF Nos. 93, 94, & 95) be mailed to him at his current address. The Court further notes that, on January 25, 2023, the Court ordered the parties to file a joint letter regarding the status of this case within three weeks of that Order. ECF No. 95. That deadline has passed. However, in light of Plaintiff's change of address, the deadline to respond to that Order is extended. IT IS HEREBY ORDERED that the parties shall file a joint letter, as set forth in ECF No. 95, no later than **March 15, 2023**.

    Th Clerk of Court is respectfully directed to change Plaintiff's address to:

        Saeed Kaid #78600-054
        Metropolitan Detention Center
        80 29th Street
        Brooklyn, New York 11232

    The Clerk of Court is respectfully directed to mail a copy of this Order, and ECF Nos. 93, 94, and 95 to Plaintiff at his new address.

Dated: February 24, 2023
       New York, New York

                                                        SO ORDERED.

                                                        *Jennifer Rochon*
                                                        JENNIFER L. ROCHON
                                                         United States District Judge