UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAEED KAID,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>WARDEN E.L. TATUM, JR., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:20-cv-03643<br>(JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

　　The Court is in receipt of a letter from Plaintiff, who is incarcerated and proceeding *pro se*, dated March 13, 2023.  ECF No. 100.  On March 16, 2023, the Court issued an Order setting forth the briefing schedule for Defendants' motion to dismiss.  ECF No. 99.  The Court did not receive Plaintiff's March 13, 2023 letter until March 20, 2023.  The Court therefore presumes that Plaintiff has not yet had the chance to review the March 16, 2023 Order.

　　In any event, in light of the apparent delays in incoming and outgoing mail at the MDC, where Plaintiff is currently incarcerated, and Plaintiff's limited access to research materials, the Court will extend the briefing schedule for the motions to dismiss.  Accordingly, Defendants shall file their motion to dismiss no later than **April 13, 2023**, Plaintiff shall file his opposition brief no later than **May 25, 2023**, and Defendants shall file their replies no later than **June 8, 2023**.

　　If Plaintiff's address changes during the briefing of the motions to dismiss, he is reminded to file a letter updating the Court as to his current address without delay.

　　The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: March 21, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge