UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAEED KAID,

                Plaintiff,

-against-

WARDEN E.L. TATUM, JR., et al.,

                Defendants.

Case No. 1:20-cv-03643 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The Court is in receipt of a letter from Plaintiff, who is incarcerated and proceeding *pro se*, dated March 24, 2023, and received by the Court on March 30, 2023. ECF No. 102. Plaintiff requests additional time to research and write his opposition to Defendants' motion to dismiss. On March 21, 2023, the Court set forth the following briefing schedule:

- Defendants' motion to dismiss: **April 13, 2023**
- Plaintiff's opposition brief: **May 25, 2023**
- Defendants' reply brief: **June 8, 2023**

ECF No. 101. On March 22, 2023, the Clerk of Court mailed a copy of that Order to Plaintiff. The Court believes that this will be sufficient time for Plaintiff to respond to Defendants' motion, which has not been filed yet. Nevertheless, Plaintiff may request additional time, if necessary, after Defendants have submitted their motion papers.

    If Plaintiff's address changes during the briefing of the motions to dismiss, he is reminded to file a letter updating the Court as to his current address without delay.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: March 31, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge