UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAEED KAID,

                Plaintiff,

-against-

WARDEN E.L. TATUM, JR., et al.,

                Defendants.

Case No. 1:20-cv-03643 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The Court is in receipt of a letter from Plaintiff, who is incarcerated and proceeding *pro se*, dated April 4, 2023, and received by the Court on April 11, 2023. ECF No. 104. Plaintiff requests an Order requiring the staff at the MDC to provide him adequate access to prepare and respond to Defendants' motion to dismiss his action against staff of the MCC by permitting him time to research at the Law Library. *Id.*

    Plaintiff's current deadline to respond to Defendants' motion to dismiss is **May 25, 2023**. The Court declines to order the MDC to provide Plaintiff with additional time in the Law Library with respect to responding to this motion. However, should Plaintiff require additional time to respond to Defendants' motion, he may inform the Court in writing.

    To the extent Plaintiff is seeking additional time in the Law Library in order to research issues related to other claims, including any current criminal proceeding, or any new civil action against the MDC, he shall make that request to the Court in which that separate case is proceeding.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: April 13, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge