UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAEED KAID,

                Plaintiff,

-against-

WARDEN E.L. TATUM, JR., et al.,

                Defendants.

Case No. 1:20-cv-03643 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    The Court is in receipt of a letter from Plaintiff, who is incarcerated and proceeding *pro se*, dated May 18, 2023, and received by the Court on May 23, 2023. ECF No. 118. Plaintiff requests an extension of his May 25, 2023 deadline to respond to Defendants' motion to dismiss. *Id.* In light of Plaintiff's *pro se* and incarcerated status, that request is GRANTED. Plaintiff shall respond to Defendants' motion to dismiss no later than **June 23, 2023**.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: May 24, 2023
       New York, New York

                                                SO ORDERED.

                                                *Jennifer Rochon*
                                                JENNIFER L. ROCHON
                                                United States District Judge