UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAEED KAID,<br><br>                              Plaintiff,<br><br>          -against-<br><br>WARDEN E.L. TATUM, JR., et al.,<br><br>                              Defendants. | Case No. 1:20-cv-03643<br>(JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of a letter from Plaintiff, who is incarcerated and proceeding *pro se*, dated May 7, 2023, received by the Southern District of New York on May 10, 2023, and docketed on May 24, 2023.  ECF No. 120.  In that letter, Plaintiff complains about treatment at the Metropolitan Detention Center ("MDC"), where he is currently confined.  These complaints are separate and apart from the treatment at issue in this case, which occurred at the Metropolitan Correction Center ("MCC") in and around 2017.  *See* ECF No. 12 ("Amended Complaint").  Because the letter addresses potential new causes of action, the Court directs the letter to be opened as a new action.

Plaintiff's letter, filed at ECF No. 120, is attached to this Order.  The Clerk of Court is respectfully directed to open this matter as a new civil action, and to send a copy of this Order to Plaintiff.

Dated: May 25, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
_____
JENNIFER L. ROCHON
United States District Judge

Saeed Kaid
[address illegible]

RECEIVED
SDNY PRO SE OFFICE
2023 MAY 10 PM 2:58

The Honorable Jennifer L. Rochon
United States District Judge
[illegible] Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

May 7, 2023

RE: Kaid v. Tatum, Jr., et al., 20-cv-3643 (JLR)

Dear Judge Rochon:

Greetings.

At this point it's hard to even express myself due to the emotional unrest. While in the SHU, I am subjected to conditions that would shock the conscience of the average objectively reasonable member of the public. I endured it

this long hoping it would change but it only

getting worse the closer the case gets the several

parts. It overlooked a lot of behavior but its

clear what is going on now. And for the

following reasons etc. I ask you to please

Remove me from MDC and the employees that

are apart of my complaint. Their colleagues

are aiding them and violating my 5th Amendment

right to protection from cruel and unusual

punishment.

1) At this point I am forced to write the courts in pencil and micro size paper and front and back because this is all we receive every sunday

once every 2 weeks should be closer we get to these important deadlines.

3) The law library is shockingly inadequate, the printer doesn't work, there is no paper/pens.

4) My placement in STU was/and is inappropriate, they do it for my protection, or as if they're doing an honest deed, but the truth is they could have transferred me to a prison that is safe long ago. They deliberately placed me in STU to "chill" and restrain my 1st Amendment rights. This became evident when I realized my BP-8's and BP-9's concerning this are not being answered or ignored and not documented. The real purpose of placing me in STU was RETALIATORY in response to my prior complaints or my seeking to exercise my 1st Amendment rights to pursue complaints. All of the small details will show you no matter how much they try to clean it up and do it better than the first defendants in my complaints; the truth always comes to the light.

5) I am subjected to (8) 15 minute phone calls monthly, my phone and mail are heavily censored and only the cruelty of my captors will make it out of this facility. They are all racists and that is the reason I need to be removed from this facility. One way or another, retribution will shine it's head... will it.

6) My last transcripters withheld legal documentation operations in my possession. When telling any of them money my constitutional protected interview needed to my constitutional hearing meant they ignore my complaints. There's a laundry list of things and honestly things that occurred because I filed a complaint which I believe is my Rights. So now I have suffer twice, by the very people who are suppose to be examples of justice but in seeing organized injustice.

7) They my children have illegally gave me an escape that wouldn't expect, knowing it was subjectively true and took away my rights due process by stating I refuted the extra phases and took 54 days good time from me.

8) Anything to discredit me and make them appear credible. I shouldn't have been subjected to this cruelest retaliatory punishment.

9) After numerous requests I haven't received my Ibuprofen pain medicine in a small quantity.

10) I can barely speak to my family, people in my district, acquaintances. Any person or any authorities to communicate with me they say they choose not to so I am ostracized and have no assistance. I'm begging your honor see their try to be able to communicate with they appear or try to appear to be in good faith.

11) I hold them to anything we could agree to change but it had to figure in supposed to explode and look like I'm the BAD person when to not comply with that you reparations me from my defendant and agents of their places. Thank you for your time and consideration.

Respectfully,
Saeed Kaid

p.s. Did you receive my prior letter regarding this dated April 30, 2023?



Saeed Kaid #87840-054
Metropolitan Detention Center
80 29th Street
Brooklyn, NY 11232

2023 MAY 10 PM 2:54

Pro Se Intake Unit
United States Courthouse
500 Pearl Street
New York, NY 10007

Legal Mail