UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAEED KAID,

                Plaintiff,

-against-

WARDEN E.L. TATUM, JR., et al.,

                Defendants.

Case No. 1:20-cv-03643 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of a letter from Plaintiff, who is incarcerated and proceeding *in forma pauperis* and *pro se*, dated June 11, 2023, received by the Southern District of New York on June 15, 2023, and docketed on June 16, 2023. ECF No. 122. In that letter, Plaintiff requests a copy of his Amended Complaint and attached exhibits and additional time to respond to the motion to dismiss. That request is granted. Plaintiff shall have until **July 24, 2023** to respond to the motion to dismiss. Defendants' reply is due two weeks from service of Plaintiff's opposition.

      The Clerk of Court is respectfully directed to mail a copy of this Order and the Amended Complaint and attached exhibits (at ECF No. 12) to Plaintiff on an expedited basis, free of charge to Plaintiff.

Dated: June 20, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge