UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAEED KAID,

                Plaintiff,

-against-

WARDEN E.L. TATUM, JR., et al.,

                Defendants.

Case No. 1:20-cv-03643 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of a letter from Plaintiff, who is incarcerated and proceeding *in forma pauperis* and *pro se*, dated July 19, 2023, received by the Southern District of New York on July 24, 2023, and docketed on July 25, 2023. ECF No. 125. In that letter, Plaintiff requests additional time to respond to the motion to dismiss because he has not yet received the legal documents he previously requested. *Id.* In light of the fact that Plaintiff was recently moved to a new facility, which has caused delays in receiving some of his papers, the Court will grant his request. Plaintiff shall have until **August 24, 2023** to respond to the motion to dismiss. Defendants' reply is due two weeks from service of Plaintiff's opposition.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff on an expedited basis, free of charge to Plaintiff.

Dated: July 26, 2023
       New York, New York

                                                  SO ORDERED.

                                                  *Jennifer Rochon*
                                                  JENNIFER L. ROCHON
                                                  United States District Judge