UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAEED KAID,<br><br>                              Plaintiff,<br><br>           -against-<br><br>WARDEN E.L. TATUM, JR., et al.,<br><br>                              Defendants. | Case No. 1:20-cv-03643<br>(JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of a letter from Plaintiff, who is incarcerated and proceeding *in forma pauperis* and *pro se*, dated August 20, 2023, received by the Southern District of New York on August 23, 2023, and docketed on August 24, 2023. ECF No. 127. In that letter, Plaintiff explains that he has continued to have delays in receiving his mail from the MDC, and seeks another extension of his time to respond to Defendants' motion to dismiss. That request is GRANTED. Plaintiff shall have until **September 24, 2023** to respond to the motion to dismiss. Defendants' reply is due two weeks from service of Plaintiff's opposition. In light of the fact that Plaintiff contends he has now received materials in order to respond to the motion, the Court is unlikely to grant further extension requests absent good cause.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff forthwith.

Dated: August 25, 2023
           New York, New York                                    SO ORDERED.

                                                                                 *Jennifer Rochon*
                                                                                 JENNIFER L. ROCHON
                                                                                 United States District Judge