UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAEED KAID,<br><br>       Plaintiff,<br><br>  -against-<br><br>WARDEN E.L. TATUM, JR., et al.,<br><br>       Defendants. | Case No. 1:20-cv-03643<br>(JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of a letter from Plaintiff, who is incarcerated and proceeding *in forma pauperis* and *pro se*, dated September 13, 2023, received by the Southern District of New York on September 18, 2023, and docketed on September 22, 2023. ECF No. 129. In that letter, Plaintiff again requests an extension of time to respond to Defendants' motion. That request is granted. Plaintiff shall have until **November 6, 2023** to respond to the motion to dismiss. Defendants' reply is due two weeks from service of Plaintiff's opposition. However, because this is approximately Plaintiff's eighth request for such an extension, the Court will not permit any additional extensions absent compelling circumstances.

  Plaintiff also indicates that he does not have copies of exhibits attached to the declaration of Chenelle Pierre. *See id.* The Court will send Plaintiff a copy of that declaration and attached exhibits, which are located at ECF No. 109.

  The Clerk of Court is respectfully directed to mail a copy of this Order and the Declaration of Chenelle Pierre, and attached exhibits, (at ECF No. 109) to Plaintiff on an expedited basis, free of charge to Plaintiff.

Dated: September 25, 2023
    New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge